IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | CIVIL ACTION NO. MDL 875 |
| This Document Relates To: | : | |
| VIRGINIA PRUST, Individually and as Special Administrator of the Estate of VALMORE PRUST, Deceased | : | |
| | : | Transferee E.D. Pa. |
| Plaintiff, | : | Case No. 13-CV-60021 |
| v. | : | Transferor W.D. Wis. |
| | : | Case No. 13-cv-654 |
| WEYERHAEUSER COMPANY, *et al.*, | : | |
| Defendants. | : | |

## APPEARANCE OF COUNSEL

The undersigned attorney is admitted *pro hac vice* and otherwise authorized to practice in this Court, and appears in this case as counsel for Owens-Illinois, Inc.

Dated: November 15, 2013        Respectfully submitted,

By: /s/ Brian O. Watson
Brian O. Watson
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (facsimile)
Mfischer@schiffhardin.com

*Attorney for Defendant Owens-Illinois, Inc.*

- 1 -

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on November 15, 2013, these papers were filed with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson
Brian O. Watson