# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | CIVIL ACTION NO. MDL 875 |
| This Document Relates To: | : | |
| VIRGINIA PRUST, Individually and as Special Administrator of the Estate of VALMORE PRUST, Deceased | : | |
| | : | Transferee E.D. Pa. |
| Plaintiff, | : | Case No. 13-CV-60021 |
| v. | : | Transferor W.D. Wis. |
| | : | Case No. 13-cv-654 |
| WEYERHAEUSER COMPANY, *et al.*, | : | |
| Defendants. | : | |

## APPEARANCE OF COUNSEL

The undersigned attorney is admitted *pro hac vice* and otherwise authorized to practice in this Court, and appears in this case as counsel for Owens-Illinois, Inc.

Dated:  November 15, 2013       Respectfully submitted,

By: /s/ Matthew J. Fischer
    Matthew J. Fischer
    Schiff Hardin LLP
    233 S. Wacker Dr. Suite 6600
    Chicago, Illinois  60606
    (312) 258-5500
    (312) 258-5600 (facsimile)
    Mfischer@schiffhardin.com

    *Attorney for Defendant Owens-Illinois, Inc.*

- 1 -

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on November 15, 2013, these papers were filed with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Matthew J. Fischer
Matthew J. Fischer

15640-1254
CH2\13797020.1