```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE: ASBESTOS PRODUCTS      :   Consolidated Under
LIABILITY LITIGATION (No. VI) :   MDL DOCKET NO. 875

PRUST                            FILED         WI-W-13-00654

    v.                         FEB 27 2014

VARIOUS DEFENDANTS             MICHAEL E. KUNZ, E.D. Pa Case No. 13-60021
                               By_____ Dep. Clerk

## O R D E R

**AND NOW**, this **26th** day of **February, 2014**, it is hereby **ORDERED** that Plaintiff's complaint is **DISMISSED** and the case be marked **CLOSED**.[1]

                    AND IT IS SO ORDERED.

                    _____
                    EDUARDO C. ROBRENO, J.

---

[1] Plaintiff's complaint was dismissed with leave to refile by February 21, 2014. Plaintiff has failed to file an amended complaint. Accordingly, the case shall be marked closed.